[Cite as *Bobo v. Ohio Univ.*, 2011-Ohio-6968.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MICHELLE BOBO

    Plaintiff

    v.

OHIO UNIVERSITY

    Defendant

Case No. 2011-08393-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

## FINDINGS OF FACT

{¶1} During the week of April 25, 2011, plaintiff, Michelle Bobo, sustained property damage to her automobile while the vehicle was parked on a lot owned and operated by defendant, Ohio University. Specifically, the car suffered damage to the hood of the car by an errant softball from an adjacent field. Plaintiff pointed out she maintains insurance coverage for the vehicle with a $250.00 deductible. The filing fee was paid.

{¶2} Plaintiff filed her complaint seeking to recover $414.64, the cost of her automotive repairs and reimbursement of the filing fee. The $25.00 filing fee was paid.

{¶3} On July 13, 2011, defendant submitted an investigation report wherein defendant states that plaintiff's claim is limited to reimbursement of her insurance deductible and reimbursement of the filing fee.

## CONCLUSIONS OF LAW

{¶4} In regard to the facts of this claim, liability on the part of defendant has not been disputed. See *Couser v. Wright State University,* Ct. of Cl. No. 2004-07344-AD,

2004-Ohio-5422.

{¶5}  2R.C. 3345.40(B)(2) states in pertinent part:

{¶6}  "If a plaintiff receives or is entitled to receive benefits for injuries or loss allegedly incurred from a policy or policies of insurance or any other source, the benefits shall be disclosed to the court, and the amount of the benefits shall be deducted from any award against the state university or college recovered by plaintiff."

{¶7}  Thus, pursuant to the statutory requirement of R.C. 3345.40(B)(2), compensation for the automotive repair expenses shall be limited to $250.00, plaintiff's stated insurance deductible.

{¶8}  Plaintiff has suffered damages in the amount of $250.00, plus the $25.00 filing fee, which may be reimbursed as compensable damages pursuant to the holding in *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E.2d 990.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MICHELLE BOBO

    Plaintiff

    v.

OHIO UNIVERSITY

    Defendant

Case No. 2011-08393-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF ADMINISTRATIVE DETERMINATION

    Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $275.00, which includes the filing fee. Court costs are assessed against defendant.

                              DANIEL R. BORCHERT
                              Deputy Clerk

Entry cc:

Michelle Bobo
4547 Jarvis Road
Guysville, Ohio 45735

George T. Wendt, Risk Manager
Ohio University
49 Factory Street
Facilities Management 136
Athens, Ohio 45701

9/1
Filed 9/21/11
Sent to S.C. reporter 1/27/12